FILED: March 16, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1421
(1:18-cv-00467-TDS-LPA)

_____

SETI JOHNSON; SHAREE SMOOT; MARIE BONHOMME-DICKS; NICHELLE YARBOROUGH, on behalf of themselves and those similarily situated

  Plaintiffs - Appellants

v.

TORRE JESSUP, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles

  Defendant - Appellee

------------------------------

MEMBERS OF THE FREE TO DRIVE COALITION; DR. RIMA RUDD; DR. JOHN COMINGS; DR. BARBRA KINGSLEY; THE CENTER FOR PLAIN LANGUAGE; CLARITY

  Amici Supporting Appellants

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk